```
                    F I L E D
              CLERK, U.S. DISTRICT COURT

                     9/1/2022

              CENTRAL DISTRICT OF CALIFORNIA
              BY: _____VAV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00398-SB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 113(a)(5): Simple Assault of a Person Under Age Sixteen; 49 U.S.C. § 46506(1): Application of Certain Criminal Laws to Acts on Aircraft] |
| NESTOR REYES RIVERA, | |
| Defendant. | |
| | **[CLASS A MISDEMEANOR]** |

The Grand Jury charges:

[18 U.S.C. § 113(a)(5); 49 U.S.C. § 46506(1)]

On or about May 25, 2022, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Southwest Airlines Flight 1277 from Austin, Texas, to Long Beach, California, which landed in Long Beach, California, within the Central District of California, defendant NESTOR REYES RIVERA assaulted N.C., who was under the age of sixteen years, by intentionally using a display of

//

1  force that reasonably caused her to fear immediate bodily harm,
2  specifically, by touching N.C.'s right leg and right thigh.

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

VARUN BEHL
Assistant United States Attorney
General Crimes Section